UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LARRY OWEN SHERRICK, | § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:23-cv-2020-B |
| PUBLIC STORAGE and EMILY HAYHOE, | § § § | |
| Defendants. | § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation as supplemented for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

DATE: October 2, 2023.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE